UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Fernando Gastelum,<br><br>Plaintiff,<br><br>v.<br><br>Shelby Hospitality LLC.,<br><br>Defendant. | Case No. EDCV 25-3299 JGB (SPx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and good cause appearing, **IT IS HEREBY ORDERED**:  (1) Plaintiff's Application for Default Judgment is **GRANTED**; (2) Judgment is **ENTERED** in favor of Plaintiff and against Defendant; and (3) the Court **AWARDS**  $2,150.00 in attorneys' fees, and $490.00 in costs to Plaintiff.  (JS-6)

**IT IS SO ORDERED.**

Dated: March 10, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge